

# NUMBER 13-16-00632-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE LORETTA YOUNG CANTU

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Per Curiam Order

Relator, Loretta Young Cantu, filed a petition for writ of mandamus and motion for emergency temporary stay in the above cause on November 21, 2016. Through this original proceeding, relator seeks to compel the trial court to set aside an order setting a motion for summary judgment for hearing on grounds that the order is void because the trial court lacks jurisdiction. Through her motion for emergency temporary stay, relator seeks to stay the proceedings in the trial court pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that the motion should be granted. The motion for emergency relief is GRANTED and the trial court hearing set for November 30, 2016 and other trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Rolando Cantu, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of November, 2016.